FILED

09/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0107

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0107

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SHANE THOMPSON FREIBURG,

Defendant and Appellant,

**ORDER**

Upon consideration of counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant and Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant and Appellant at his last known address.

# CERTIFICATE OF SERVICE

I, Shannon Leigh Sweeney, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 09-29-2023:

Chad M. Wright (Attorney)
P.O. Box 200147
Helena MT 59620-0147
Representing: Shane Thompson Freiburg
Service Method: eService

Kathryn McEnery (Govt Attorney)
409 Missouri Avenue
Deer Lodge MT 59722
Representing: State of Montana
Service Method: eService

Austin Miles Knudsen (Govt Attorney)
215 N. Sanders
Helena MT 59620
Representing: State of Montana
Service Method: eService

Electronically Signed By: Shannon Leigh Sweeney
Dated: 09-29-2023

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2023